819 A.2d 528

**SHAWNEE DEVELOPMENT, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

March 19, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of March, 2003, the Order of the Commonwealth Court is AFFIRMED.